**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1410, *et al.*, | |
| Plaintiffs, | CASE NO. 1:26-cv-02653-SAG |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' motion (ECF 16) for an extension of time to respond to Plaintiffs' motion for a preliminary injunction and to respond to Plaintiffs' amended complaint.  Having considered the motion and memorandum in support and Plaintiffs' opposition, it is hereby ORDERED that Defendants' response to Plaintiffs' motion for a preliminary injunction shall be filed by _____, 2026.  It is further ORDERED that Defendants' response to Plaintiffs' amended complaint shall be filed by _____, 2026.

Dated: _____

_____
Hon. Stephanie A. Gallagher
United States District Judge

1