**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES ("AFGE") LOCAL 1410, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

Civil Action No. 1:26-cv-02653-SAG

**ORDER**

This matter comes before the Court on the parties' Joint Notice and Motion for Extension or Stay. Having considered the matter, it is hereby ORDERED that the motion is GRANTED. The parties shall file a Joint Status Report on the matters raised in the Joint Notice on or before August 31, 2026; and it is FURTHER ORDERED that the August 24, 2026 deadline for Defendants to respond to the Amended Complaint, ECF No. 10, and the Motion for a Preliminary Injunction, ECF No. 11, is hereby VACATED.

So ORDERED this 25 day of August, 2026

/s/

Stephanie A. Gallagher
United States District Judge