**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1410, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | CASE NO. 1:26-cv-02653-SAG |

**PLAINTIFFS' REQUEST TO WITHDRAW PRELIMINARY INJUNCTION MOTION WITHOUT PREJUDICE**

Plaintiffs submit this request pursuant to the Court's August 31, 2026 Order (ECF 25) asking whether the parties object to the dismissal of Plaintiffs' preliminary injunction motion (ECF 11) as moot. Plaintiffs' position is that the preliminary injunction motion is not moot because preliminary injunctive relief remains necessary to remedy Plaintiffs' ongoing irreparable harm. Nevertheless, in light of Defendants' August 24, 2026 memorandum discussed in the parties' joint status report (ECF 24), Plaintiffs request to withdraw their preliminary injunction motion without prejudice. As described in the status report, Plaintiffs intend to file a renewed motion for a preliminary injunction that addresses the August 24, 2026 memorandum.

Dated: September 1, 2026

Respectfully submitted,

By: <u>*/s/ Scott A. Kronland*</u>

Lauren J. Kelleher (Bar No. 22134)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500

Baltimore, Maryland 21201
(410) 962-1030 Office
(410) 385-0869 Fax
lkelleher@browngold.com

Scott A. Kronland (admitted *pro hac vice*)
James Baltzer (admitted *pro hac vice*)
Jonathan Rosenthal (admitted *pro hac vice*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151 Office
(415) 362-8064
skronland@altber.com
jbaltzer@altber.com
jrosenthal@altber.com

*Attorneys for Plaintiffs*