**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES ("AFGE") LOCAL 1410, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, *et al.*

Defendants.

Civil Action No. 1:26-cv-02653-SAG

**NOTICE OF NON-OPPOSITION**

Defendants hereby notify the Court that they do not oppose Plaintiffs' Motion for Leave to File Second Amended Complaint, ECF No. 28.

Date: September 29, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
(Bar. No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4921
theodore.atkinson2@usdoj.gov
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, I caused a copy of the foregoing to be served on Plaintiffs by filing a copy of the same through this Court's CM/ECF system, in accordance with Local Rule 102(1)(c).

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Assistant United States Attorney