**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1410, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | CASE NO. 1:26-cv-02653-SAG |

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint, and having considered any opposition thereto, it is this 30th day of September, 2026, hereby

ORDERED that Plaintiffs' Motion for Leave to File a Second Amended Complaint is GRANTED.

/s/
Hon. Stephanie A. Gallagher
United States District Judge