**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 1410, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

CASE NO. 1:26-cv-02653-SAG

**UNOPPOSED REQUEST FOR BRIEFING SCHEDULE FOR PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION AND 5 U.S.C. § 705 STAY**

On September 14, 2026, Plaintiffs filed a Renewed Motion for a Preliminary Injunction and 5 U.S.C. § 705 Stay. ECF 29. Prior to the filing of the motion, the Court had issued an Order stating that the Court would set a briefing schedule after the motion is filed. ECF 25. Plaintiffs request that the Court set the following briefing schedule: Defendants' opposition is due October 19, 2026. Plaintiffs' reply is due November 2, 2026.

Defendants agree to the proposed schedule.

Dated: October 5, 2026

Respectfully submitted,

By: /s/Scott A. Kronland

Scott A. Kronland (admitted *pro hac vice*)
James Baltzer (admitted *pro hac vice*)
Jonathan Rosenthal (admitted *pro hac vice*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

(415) 421-7151 Office
(415) 362-8064
skronland@altber.com
jbaltzer@altber.com
jrosenthal@altber.com

Lauren J. Kelleher (Bar No. 22134)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21201
(410) 962-1030 Office
(410) 385-0869 Fax
lkelleher@browngold.com

*Attorneys for Plaintiffs*